Chambliss *vs.* Jordan.

---

THOMAS E. CHAMBLISS, guardian, plaintiff in error, *vs.* EDWIN T. JORDAN, defendant in error.

This case comes within the principle of the case of Gunn *vs.* Barry, decided by the Supreme Court of the United States, and the judgment is therefore reversed.

Homestead.    Constitutional law.    Before Judge HILL. Crawford Superior Court.    March Term, 1873.

The sole question involved in this case was as to the constitutionality of the Homestead Act of 1868, as against antecedent debts.    The Court below held it constitutional, and plaintiff in error excepted.

J. S. PINCKARD, for plaintiff in error.

No appearance for defendant.

McCay, Judge.

This case is settled by the decision of the Supreme Court of the United States, in the case of Gunn *vs.* Barry. The homestead, under the Act of 1868, is not good against a debt contracted before the passage of the Act. The judgment must be reversed. The debtor is entitled to his homestead, but it is subject to the caveator's debt as it is to other debts contracted before the 21st of July, 1868.

Judgment reversed.